UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| EASTERN MAINTENANCE AND SERVICES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LADY DEBORAH'S, INC., )<br>)<br>Defendant. )<br>) | CASE NO. CV207-42 |

## CONSENT JUDGMENT

The cause coming on before the undersigned United States District Judge, and upon the consent of the parties and a review of the pleadings of record, the Court makes the following Findings of Fact:

1. The Court has jurisdiction over the parties to this lawsuit.

2. Venue is proper in this Court.

3. In October 2003, Lady Deborah's, Inc. ("LDI") entered into a contract with Prime Contractor V.T. Griffin, whereby LDI agreed to perform cleaning services at King's Bay Naval Submarine Base in Saint Mary's, Georgia ("King's Bay") (the "V.T. Griffin-LDI Contract").

4. On October 1, 2003, LDI subcontracted a portion of the services to be performed pursuant to the V.T. Griffin-LDI Contract to Eastern Maintenance and Services, Inc. ("Eastern") and entered into Subcontract No. LDKB0001 with Eastern, pursuant to which Eastern was to provide custodial services, supplies, equipment, vehicles, and administrative services at King's Bay (the "Eastern-LDI Subcontract").

5. This is an action by Eastern to recover amounts allegedly due for work performed at King's Bay pursuant to the Eastern-LDI Subcontract.

6. Upon receiving notice of Eastern's claim against LDI, V.T. Griffin withheld $362,057.78 in payments from LDI (the "Withheld Funds").

7. Eastern filed this lawsuit in the United States District for the Eastern District of North Carolina on December 13, 2005.

8. The Withheld Funds were paid into the Court's Registry pursuant to the August 9, 2006 Order of the Honorable James C. Fox, United States District Judge for the Eastern District of North Carolina.

9. This case was transferred to the United States District Court for the Southern District of Georgia on March 21, 2007 by an Order of the Honorable James C. Fox.

10. LDI filed an Answer and Counterclaim on April 16, 2007.

11. The parties have informed the Court, as evidenced by their consent hereto, that on June 18, 2007, they reached agreement on all matters and controversies giving rise to the allegations set forth in the pleadings in this lawsuit on the following basis:

(a) That Eastern shall receive one-half of the Withheld Funds paid into the Court's Registry, plus all accrued interest on the entire amount of the Withheld Funds;

(b) That any amounts owed by LDI to the Internal Revenue Service shall be paid to the Internal Revenue Service from the remaining one-half share of the Withheld Funds in the Court's Registry;

(c) That LDI shall be entitled to the remaining balance of the funds held in the Court's Registry after payment of the amounts specified in Paragraphs 11 (a) and (b) above.

12. Subsequent to the parties reaching agreement on June 18, 2007, LDI represents to the Court that it has satisfied the Internal Revenue Service Notice of Levy dated March 28, 2006, as evidenced by a Release of Levy/Release of Property from Levy, dated June 3, 2007. Copies of the Notice of Levy and Release of Levy/Release of Property are attached hereto as Exhibits A and B respectfully.

13. Pursuant to the July 1, 2007 Order of the Honorable James C. Fox, the Clerk of Court for the Eastern District of North Carolina was ordered to immediately disburse the Withheld Funds to the Clerk of Court for the Southern District of Georgia.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. The Internal Revenue Service Notice of Levy having already been satisfied by LDI and a Release of Levy having been executed by an officer of the Internal Revenue Service, this judgment represents the entire interests of all parties involved in this matter. The Clerk of Court for the Southern District of Georgia shall disburse the funds held in the Court's Registry immediately in accordance with this judgment.

2. The Clerk of Court for the Southern District of Georgia shall pay to Eastern the sum of $181,028.89, which is one-half of the Withheld Funds in the amount of $362,057.78 held in the Court's Registry, plus all accrued interest on the entire $362,057.78;

3. The Clerk of Court for the Southern District of Georgia shall pay to Lady Deborah's Inc. (LDI) the sum of $181,028.89 which is one-half of the Withheld Funds in the amount of $362,057.78 held in the Court's Registry.

4. All claims and counterclaims asserted, or which could have been asserted by any party in this lawsuit are hereby dismissed with prejudice; each party to bear its own costs and attorneys' fees.

This the 20 day of July, 2007.

_____
The Honorable Lisa Godbey Wood
United States District Judge

**CONSENTED TO BY:**

**COUNSEL FOR EASTERN MAINTENANCE
AND SERVICES, INC.**

BROWN READDICK BUMGARTNER
CARTER STRICKLAND & WATKINS LLP

By: _____
Terry L. Readdick
GA Bar No. 597200
Post Office Box 220
Brunswick, GA 31521-0220
5 Glynn Avenue - 31520
Telephone (912) 264-8544
Facsimile (912) 264-9667

AND

WYRICK ROBBINS YATES & PONTON LLP

By: _____
Benjamin N. Thompson[1]
NC Bar No. 9005
Michael D. DeFrank[2]
NC Bar No. 32235
GA Bar No. 215865
4101 Lake Boone Trail, Suite 300
Raleigh, North Carolina 27607
Telephone: (919) 781-4000
Facsimile: (919) 781-4865

---

[1] Admitted Pro Hac Vice
[2] Admitted Pro Hac Vice

**COUNSEL FOR LADY DEBORAH'S, INC.**

KNIGHT & DWYER, LLC

By: _____
Marc E. Dwyer
111 N. State Street
PO Box 37
Bunnell, FL 32110
Telephone: (386) 437-3072
Facsimile: (386) 437-1309

HALL, BOOTH, SMITH & SLOVER, P.C.

By: _____
Steven P. Bristol
GA Bar No. 083135
3525 Darien Hwy., Suite 300
Brunswick, GA 31525
Telephone: (912) 554-0093
Facsimile: (912) 554-1973